```
ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516
```

Attorney for Material Witness, Marilu CISNEROS-Juarez

FILED

2006 OCT 24  AM 8:39

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LUIS FERNANDO AMES,<br><br>　　　　Defendant. | 06 CR 2127- DMS<br>Magistrate Case No: 06MG1707 RBB<br><br>Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

Ex Parte Application

I, Robert E. Schroth Jr., attorney for material witness, Marilu CISNEROS-Juarez, submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the United States District Court Judge to remand the material witness to the Bureau of Immigration and Custom Enforcement, and after the material witness was remanded to the custody of the Bureau of Immigration and Custom Enforcement for the return of the material witness to his or her country of origin.

- 1 -

Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness

OCT 19 2006

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I am requesting that the court order the exoneration of the Material Witness Bond and also the Clerk of the District Court to return the cash security to the surety.

Dated: 10/18/06

Robert E. Schroth Jr.
Attorney for the Material Witness

ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Marilu CISNEROS-Juarez is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

Tirso Cerecedo Rodriguez
21813 Juan Ave.
Hawaiian Gardens, CA 90716
SSN:   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

Dated: 10/23/2006

U. S. District Court Judge
Magistrate

Ex Parte Application and Order to Exonerate the Appearance Bond for the Material Witness